# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 151 EAL 2022

                Respondent               :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

              v.                              :

WILLIAM SMITH,                          :

                Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 1st day of March, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Should *Commonwealth v. Smith*, 244 A.3d 13 (Pa. Super. 2020), which was never reviewed by this Court but bound the panel below, be overruled (at least to the extent that it applies to prophylactic petitions like the present one) and should Pennsylvania instead recognize and adopt the superior procedure of "stay and abey" used by federal courts under the analogous deadlines of 28 U.S.C. § 2254?